PER CURIAM.
Affirmed on the authority of Walker v. State, 44 Fla. 466, 32 So. 954; Williams v. State, 48 Fla. 65, 37 So. 521; Hall v. State, Fla.App.1967, 203 So.2d 202; State v. Jones, Fla.1967, 204 So.2d 515; Paul v. State, Fla.App.1968, 209 So.2d 464; State v. Smith, Fla.1970, 240 So.2d 807; Robinson v. State, Fla.App.1971, 254 So.2d 379; Warren v. State, Fla.1972, 270 So.2d 8; State v. Mathis, Fla.1973, 278 So.2d 280; *655 Alford v. State, Fla.App.1973, 280 So.2d 479; Williams v. State, Fla.1973, 28S So.2d 13; Damon v. State, Fla.1973, 289 So.2d 720; Mitchell v. State, Fla.App.1974, 304 So.2d 466; Johnson v. State, Fla.1974, 308 So.2d 38.